UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-33646
Robert S. Grandberry )
) Chapter: 13
) Honorable Timothy Barnes
)
)
Debtor(s) )

# ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given,

IT IS HEREBY ORDERED as follows:

1. The Debtor's current default to the trustee is deferred to the end of the plan.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: February 01, 2018

**Prepared by:**