UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-33646
Robert Grandberry )
)
) Chapter: 13
)
) Honorable Timothy Barnes
)
Debtor(s) )

## ORDER MODIFYING CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Arrears are deferred to the end of the plan term.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: February 14, 2019

**Prepared by:**

Dale Riley
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603